# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT TEXAS
# MARSHALL DIVISON

| | | |
|---|---|---|
| **CORY EAVES,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| vs. | § | CIVIL ACTION NO: 2:23-cv-0131-JRG-RSP |
| | § | |
| | § | |
| **FCA US LLC F/K/A CHRYSLER GROUP LLC,** | § | |
| | § | |
| | § | |
| **Defendant.** | § | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE AND FINAL JUDGMENT

Came on for consideration the Joint Stipulation of Dismissal With Prejudice filed by Plaintiffs Cory Eaves, Individually and as Next Friend of A.E., a minor child, ("Minor Plaintiff"), and Defendant FCA US LLC f/k/a Chrysler Group LLC, ("Defendant") (Plaintiffs and Defendant collectively referred to as the "Parties"). Upon consideration of the Joint Stipulation of Dismissal With Prejudice, and noting the agreement of the parties, the Court **ORDERS** that all of Plaintiffs' claims in this action are **DISMISSED WITH PREJUDICE**. As Defendant asserts no counter-claims, this Order disposes of all claims in this action, and therefore constitutes a **FINAL JUDGMENT**. All costs shall be taxed against the party incurring same.